

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-19,518-13 & WR-19,518-14

### EX PARTE RAY HIGHTOWER JR., Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 353-D & 354-D IN THE 350TH DISTRICT COURT
### FROM TAYLOR COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated kidnapping and indecent exposure and sentenced to life imprisonment in each case. Both the Eleventh Court of Appeals and this Court affirmed his convictions. *Hightower v. State*, 736 S.W.2d 949 (Tex. App.—Eastland 1987); *Hightower v. State*, 822 S.W.2d 48 (Tex. Crim. App. 1991).

Applicant alleges that current scientific evidence contradicts scientific evidence relied on at trial and that false evidence violated his right to due process. In these circumstances, additional facts are needed. As we held in *Ex parte Rodriguez*, 334 S.W.2d 294, 294 (Tex. Crim. App. 1960), the

trial court is the appropriate forum for findings of fact. The trial court may use any means set out in TEX. CODE CRIM. PROC. art. 11.07, § 3(d).

It appears that Applicant is represented by counsel. If the trial court elects to hold a hearing, it shall determine if Applicant is represented by counsel, and if not, whether Applicant is indigent. If Applicant is indigent and wishes to be represented by counsel, the trial court shall appoint an attorney to represent Applicant at the hearing. TEX. CODE CRIM. PROC. art. 26.04.

The trial court shall make findings of fact and conclusions of law as to whether Applicant is entitled to relief under authority of Article 11.073 of the Texas Code of Criminal Procedure. The trial court shall also make findings of fact and conclusions of law as to whether Applicant is entitled to relief under his false evidence claim. The trial court shall also make any other findings of fact and conclusions of law that it deems relevant and appropriate to the disposition of Applicant's claims for habeas corpus relief.

These applications will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: July 25, 2018
Do not publish